

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00397-CV

**BETTY JANE GOSSETT,**

                                                            **Appellant**

 **v.**

**THE ESTATE OF DONA LEE STOVALL,**
**DECEASED, AND LISA JAMIESON AS THE**
**PERSONAL REPRESENTATIVE OF THE**
**ESTATE OF DONA LEE STOVALL,**

                                                            **Appellees**

### From the County Court at Law No. 2
### Johnson County, Texas
### Trial Court No. P200719377-A

## O R D E R

This appeal was referred to mediation by order dated February 26, 2015. The parties to the appeal were ordered to confer with each other and attempt to agree upon a mediator. Further, named parties were ordered to attend the mediation. Any objection to the order referring the appeal to mediation was to be filed within 10 days from the date of the order.

David Lee Smith filed an objection to the order referring the appeal to mediation. Based on our April 16, 2015 order, Smith's objection is dismissed as moot. Moreover, having determined that Smith is not a party to this appeal, we find he has no standing to object to the referral to mediation; thus, the objection is dismissed for want of jurisdiction.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Objection dismissed
Order issued and filed April 23, 2015

